# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Ball Aerospace & Technologies Corp. ) ASBCA Nos. 58773, 58774
)
Under Contract Nos. FA8818-06-D-0002 )
FA9451-04-D-0210 )

APPEARANCE FOR THE APPELLANT: Thomas A. Lemmer, Esq.
Dentons US LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Douglas R. Jacobson, Esq.
Trial Attorney
Defense Contract Management Agency
Bloomington, MN

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 21 January 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58773, 58774, Appeals of Ball Aerospace & Technologies Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals